**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6840

VICTOR J. BUENCAMINO,

                    Petitioner - Appellant,

          v.

UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS; CHARLES
SAMUELS; NEWTON E. KENDIG; H. WILLIAMS; KENNY ATKINSON;
ASSOCIATE WARDEN  COLE; ASSOCIATE WARDEN  BOLSTER; ASHLEY
MURRAY; ROBERT E. COCHRANE; BRYON HERBEL; MAUREEN REARDON;
NURSE WILSON; LT.  STONE; LT.  EATON; LT.  PARENT; C.O.
JOHNSON; C.O.  CHAPMAN; C.O.  JACKET; C.O.  BEARD; C.O.
BOLTON; C.O.  RICHARDSON; EDWARD LANDIS,

                    Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W.  Boyle,
District Judge.  (5:14-ct-03307-BO)

Submitted:  September 29, 2015       Decided:  October 9, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victor J. Buencamino, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor J. Buencamino appeals the district court's order dismissing as frivolous his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 (2012), and denying his various motions. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Buencamino does not in his informal brief challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. Further, we decline to consider the issue Buencamino does raise on appeal, as he did not properly raise that issue before the district court. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED